# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00424-MLB-JKL
## USA v. Obie et al
## Honorable John K. Larkins, III

Minute Sheet for proceedings held In Open Court on 04/11/2019.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 9:10 A.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: Cynthia Mercado

| | |
|---|---|
| DEFENDANT(S): | [1]Zaccheus Obie Present at proceedings |
| ATTORNEY(S) PRESENT: | Dwight Thomas representing Zaccheus Obie |
| PROCEEDING CATEGORY: | Motion Hearing(Attorney Appointment Hearing); |
| MOTIONS RULED ON: | DFT#1-[65]Motion to Withdraw as Attorney GRANTED |
| MINUTE TEXT: | Motion Hearing Held. Attorney Dwight Thomas's Motion to Withdraw as Attorney of Record [Doc. 65] is GRANTED. The Clerk is DIRECTED to terminate Dwight Thomas as counsel of record for Defendant Zaccheus Obie. |
| HEARING STATUS: | Hearing Concluded |